UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:20-cr-00224-VMC-JSS

EDGAR LEON
_____/

## MEDICAL ATTENTION ORDER

This Defendant is in the custody of the United States Marshal. The Court has been advised that he is in need of medical attention for a head injury. It is therefore **ORDERED** that Defendant shall receive immediate medical attention and shall receive all prescribed medications unless discontinued by a physician.

**DONE** and **ORDERED** in Tampa, Florida, on April 28, 2021.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record